## CHARLES E. FIZETTE
## v.
## JULIA FIZETTE.

*Jurisdiction—Freeholds.*

This court has no jurisdiction of controversies involving freeholds.

[Opinion filed January 16, 1891.]

APPEAL from the Circuit Court of Cook County; the Hon. M. F. TULEY, Judge, presiding.

Mr. GEORGE W. WARVELLE, for appellant.

Mr. BENJAMIN F. RICHOLSON, for appellee.

WATERMAN, J. In this case there was a decree divesting appellant of his homestead right in land to certain premises in the city of Chicago; from this decree he appeals.

A homestead is a freehold, and the right thereto being involved in this case, this court is without jurisdiction to hear the appeal. Magoon v. Magoon, 15 Ill. App. 629; Snell v. Snell, 123 Ill. 403.

*Appeal dismissed.*